UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| PHILIP J. CHARVAT and SABRINA WHEELER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PLYMOUTH ROCK ENERGY, LLC, ENERGY ACQUISITIONS GROUP, LLC, and JOHN WILLIAM VAN TUBERGEN,<br><br>    Defendants. | No. 2:15-cv-04106-JMA-SIL<br><br>**DEMAND FOR JURY** |

**CLASS COUNSEL'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion for Attorneys' Fees, Costs and Service Awards, Class Counsel will and hereby do move this Court, before the Honorable Joan M. Azrack, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, on January 8, 2018, at 2:00 p.m. for an order granting Class Counsel's Motion for Attorneys' Fees, Costs and Service Awards.

Class Counsel bring their motion for fees pursuant to Fed. R. Civ. P. 23(h), which permits an award of reasonable attorney's fees and nontaxable costs as authorized by law or the parties' agreement. Plaintiffs also rely on *Boeing Co. v. Van Gemert*, 444 U.S. 472, 478 (1980), *Wal-Mart Stores, Inc. v. Visa U.S.A., Inc*., 396 F.3d 96, 121 (2d Cir. 2005), and *Goldberger v. Integrated Res., Inc*., 209 F.3d 43, 47 (2d Cir. 2000), which permit attorneys to seek reasonable

fees when they create a common fund for the benefit of a class. Class Counsel seek reimbursement for their reasonable litigation costs pursuant to *In re Marsh ERISA Litig.*, 265 F.R.D. 128, 150 (S.D.N.Y. 2010). Class Counsel seek reasonable incentive awards for the named Plaintiffs based on *Sewell v. Bovis Lend Lease, Inc*., No. 09 CIV. 6548 RLE, 2012 WL 1320124, at *14 (S.D.N.Y. Apr. 16, 2012); *In re Am. Int'l Grp., Inc. Sec. Litig*., No. 04 CIV. 8141 DAB, 2012 WL 345509, at *6 (S.D.N.Y. Feb. 2, 2012); *Cook v. Niedert*, 142 F.3d 1004, 1016 (7th Cir. 1998); *Ikuseghan v. Multicare Health Sys*., No. C14-5539 BHS, 2016 WL 4363198, at *3 (W.D. Wash. Aug. 16, 2016); and *Hageman v. AT & T Mobility LLC*, No. CV 13-50-BLG-RWA, 2015 WL 9855925, at *4 (D. Mont. Feb. 11, 2015).

Dated:  October 5, 2017.   Respectfully submitted,

TERRELL MARSHALL LAW GROUP

By:   /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
Beth E. Terrell, *Admitted Pro Hac Vice*
Email:  bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
Mary B. Reiten, *Admitted Pro Hac Vice*
Email:  mreiten@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Kim E. Richman
Email:  krichman@richmanlawgroup.com
THE RICHMAN LAW GROUP
81 Prospect Street
Brooklyn, New York 11201
Telephone: (212) 687-8291
Facsimile: (212) 687-8292

        Edward A. Broderick, *Admitted Pro Hac Vice*
        Email:  ted@broderick-law.com
        Anthony Paronich
        Email:  anthony@broderick-law.com
        BRODERICK & PARONICH, P.C.
        99 High Street, Suite 304
        Boston, Massachusetts 02110
        Telephone: (508) 221-1510

        Matthew P. McCue
        Email:  mmccue@massattorneys.net
        THE LAW OFFICE OF MATTHEW P. MCCUE
        1 South Avenue, Suite 3
        Natick, Massachusetts 01760
        Telephone: (508) 655-1415
        Facsimile: (508) 319-3077

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on October 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Casey B. Howard
>Email:  choward@lockelord.com
>LOCKE LORD LLP
>Three World Financial Center
>New York, New York 10281
>Telephone: (212) 415-8600
>
>Simon Fleischmann, *Admitted Pro Hac Vice*
>Email:  sfleischmann@lockelord.com
>LOCKE LORD LLP
>111 South Wacker Drive
>Chicago, Illinois 60606
>Telephone: (312) 443-0700
>
>*Attorneys for Defendant Plymouth Rock Energy, LLC*
>
>Scott R. Sewick
>Email:  ssewick@vttlaw.com
>VAN TUBERGEN & TREUTLER, PLLC
>114 North Third Street
>Grand Haven, Michigan 49417
>Telephone: (616) 844-3000
>
>*Attorneys for Defendants Energy Acquisitions Group, LLC and Van Tubergen*

DATED this 5th day of October, 2017.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By:  /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
>    Beth E. Terrell, *Admitted Pro Hac Vice*
>    Email: bterrell@terrellmarshall.com
>    936 North 34th Street, Suite 300
>    Seattle, Washington 98103
>    Telephone: (206) 816-6603
>
>*Attorneys for Plaintiffs*